UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COAST TO COAST INVESTMENTS LLC,

    Plaintiff,

    v.

SERGIO LUNA, et al.,

    Defendants.

_____/

No. C 13-4602 PJH

**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE**

The court has reviewed Magistrate Judge Corley's report and recommendation that the case be remanded, issued on October 29, 2013. Plaintiff filed no objections to the report within the time allowed under 28 U.S.C. § 636(b)(1). The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, because this court lacks subject matter jurisdiction over this case, it is hereby REMANDED to the Superior Court of California for the County of Contra Costa.

**IT IS SO ORDERED.**

Dated: November 21, 2013

                                              _____
                                              PHYLLIS J. HAMILTON
                                              United States District Judge